**Salahdine SABREE, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

**No. 2010–5041.**

United States Court of Appeals, Federal Circuit.

Oct. 1, 2010.

Michael D.J. Eisenberg Law Office of Michael D.J., Washington, DC, for Plaintiff–Appellant.

Renee A. Gerber, Steven J. Abelson, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.